FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 27 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| BEAL BANK USA, ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:14-cv-01143-YK |
| EFA COMPANY, LLC, ) | 1:15-MI-0010 |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 7/17/14

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 9/16/14

**MARIA E. ELKINS**

*CLERK OF COURT*

Anne Oswall

*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEAL BANK USA,<br><br>        Plaintiff,<br><br>v.<br><br>EFA COMPANY, LLC,<br><br>        Defendant. | No. 1:14-cv-01143-YK<br><br>1:15 - MI - 0010 |

## PRAECIPE TO ENTER JUDGMENT BY CONFESSION

TO THE CLERK OF COURT:

Pursuant to Plaintiff's Complaint in Confession of Judgment (ECF no. 1) in the above-captioned action, kindly enter Judgment in favor of Plaintiff and against Defendant for the damages set forth therein and as follows (as of June 6, 2014):

| | |
|---|---|
| Principal: | $899,558.27 |
| Interest: | $ 9,899.75 |
| Late Charges: | $ 9,796.14 |
| **Total:** | **$919,254.16** |

Continuing *per diem* interest
(from and after June 7, 2014):  $    99.95 per day

10% Attorneys' Commission
(based on principal & interest)  $ 90,945.80

Continuing *per diem* attorneys'
commission
(from and after June 7, 2014):  $    9.995 per day

Certified from the record
Date 9/16/14
Maria E. Elkins, Clerk
Per _____
Deputy Clerk

Respectfully submitted,

**DINSMORE & SHOHL LLP**

Date: June 18, 2014      By:   s/Ross G. Currie
                               RICHARD A. O'HALLORAN, ESQ.
                               PA 41460
                               ROSS G. CURRIE, ESQ.
                               PA 206085
                               1200 Liberty Ridge Drive, Suite 310
                               Wayne, PA 19087
                               (610) 408-6020 phone
                               (610) 408-6021 fax
                               richard.ohalloran@dinsmore.com
                               ross.currie@dinsmore.com

## ENTRY OF JUDGMENT

AND NOW, this 17th day of July, 2014, JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Beal Bank USA and against Defendant EFA Company, LLC in the amount of $919,254.16, together with *per diem* interest at the rate of $99.95 per day from and after June 7, 2014, and an attorneys' commission of 10% of the due and owing principal and interest, an amount of $90,945.80, plus a *per diem* accruing commission at the rate of $9.995 per day from and after June 7, 2014.

_____, deputy.
CLERK OF COURT

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEAL BANK USA,<br><br>                Plaintiff,<br><br>v.<br><br>EFA COMPANY, LLC,<br><br>                Defendant. | No. 1:14-cv-01143-YK<br><br>1:15-MI-0010 |

**NOTICE OF ASSIGNMENT OF JUDGMENT BY CONFESSION**

PLEASE TAKE NOTICE that the Judgment (the "Judgment," ECF no. 8) entered by confession in the above-captioned action in favor of Beal Bank USA ("Plaintiff") has been assigned as follows:

(a) By Plaintiff to LNV Corporation, a Nevada corporation ("LNV") pursuant to that certain Assignment of Judgment by Confession dated October 10, 2014, a true and correct copy of which is attached hereto as **Exhibit A**; and

(b) By LNV to CXA Corporation ("CXA") pursuant to that certain Assignment of Judgment by Confession dated October 10, 2014, a true and correct copy of which is attached hereto as **Exhibit B**.

Certified from the record
Date 1/15/15
Maria E. Elkins, Clerk
Per _____
Deputy Clerk

CXA is the holder of all right, title and interest to the Judgment as of October 10, 2014.

Date: December 9, 2014

s/ Ross G. Currie
Ross G. Currie, Esq.
PA I.D. # 206085
Dinsmore & Shohl LLP
1200 Liberty Ridge Drive, Suite 310
Wayne, PA 19087
T (610) 408-6020 / F (610) 408-6021
ross.currie@dinsmore.com

2